| | |
|---|---|
| IN RE:<br>DANNY FRANKLIN MAYNARD<br>MELISSA CAROLYN MAYNARD<br>1675 SLEEPY HOLLOW LN<br>HARTSVILLE, TN  37074 | Case No.10-07382-MH3-13<br>JUDGE MARIAN F HARRISON<br>DATE:  February 05, 2016 |

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein.  Included with this filing, is the sum of  **$25.41** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **UNITED CREDIT RECOVERY LLC** | **P O BOX 953245**<br>**LAKE MARY, FL  32795** | **$25.41** |

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com